UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JOHN BEAMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | No. 5:24-CV-441-BM |
| FRANK J. BISIGNANO, ) | |
| *Commissioner of Social Security,* ) | |
| ) | |
| Defendant. ) | |

**Decision by Court:**

**This action came before the U.S. Magistrate Judge Brian S. Meyers for consideration on plaintiff's brief and defendant's response brief.**

**IT IS ORDERED:**
The court allows Plaintiff's brief [DE-17], denies Defendant's
brief [DE-19], and REMANDS this matter to the Commissioner for further proceedings consistent with this order.

This Judgment Filed and Entered on September 26, 2025 with service on:
Charlotte Williams Hall(via CM/ECF Notice of Electronic Filing)
Cathleen C. McNulty (via CM/ECF Notice of Electronic Filing)
Wanda Mason (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

/s/ Carson B. Pendergrass
(By): Carson B. Pendergrass, Deputy Clerk